**JASON G. REVZIN**
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
**COUNSEL FOR DEFENDANT TRANS UNION LLC**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SHARON THORSON,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORTION SERVICES LLC, OCWEN LOAN SERVICING, LLC, and TRANSUNION, LLC,<br><br>Defendants. | Case No. 2:18-cv-01673-JAD-CWH<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff, Sharon Thorson ("Plaintiff"), and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

On September 4, 2018, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is September 27, 2018.

The allegations in Plaintiff's Complaint date back to May 2016. Trans Union needs additional time to investigate, locate and assemble documents relating to Plaintiff's claims. In addition, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including October 18, 2018. This request is being made in good faith and not for any purposes of delay.

Dated this 17th day of September, 2018

        **LEWIS BRISBOIS BISGAARD & SMITH LLP**

        /s/ *Jason G. Revzin*
        Jason G. Revzin
        Nevada Bar No. 8629
        6385 South Rainbow Blvd., Suite 600
        Las Vegas, NV 89118
        Telephone: (702) 893-3383
        Facsimile: (702) 893-3789
        Email: Jason.revzin@lewisbrisbois.com
        *Counsel for Trans Union LLC*

        **KNEPPER & CLARK LLC; HAINES & KRIEGER, LLC**

        /s/ *Miles N. Clark*
        Matthew I. Knepper, Nevada Bar No. 12796
        Miles N. Clark, Nevada Bar No. 13848
        10040 W. Cheyenne Ave., Suite170-109
        Las Vegas, NV 89129
        Telephone: (702) 825-6060
        Facsimile: (702) 447-8048
        Email: matthew.knepper@knepperclark.com
        Email: miles.clark@knepperclark.com
         and
        David H. Krieger, Nevada Bar No. 9086
        8985 S. Eastern Avenue, Suite 350
        Henderson, NV 89123
        Telephone: (702) 880-5554
        Facsimile: (702) 383-5518
        Email: dkrieger@hainesandkrieger.com
        *Counsel for Plaintiff*

## **ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond up to and including October 18, 2018 is so ORDERED AND ADJUDGED.

Dated September 19, 2018

_____
UNITED STATES MAGISTRATE JUDGE