Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHARON THORSON,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC; OCWEN LOAN SERVICING, LLC, AND TRANSUNION, LLC;<br><br>Defendants. | Case No.: 2:18-cv-01673-JAD-CWH<br><br>**JOINT MOTION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST]** |

JOINT MOTION AND PROPOSED ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 1

By and through their counsel of record, Plaintiff Sharon Thorson ("Plaintiff"), and Defendant Trans Union LLC jointly move for the following:

1. On October 18, 2018, Trans Union moved to dismiss the Plaintiff's Complaint. ECF Dkt. 13. Plaintiff's response is presently due on November 1, 2018.

2. Plaintiff and Trans Union have agreed to extend Plaintiff's response fourteen days to allow the Parties to continue settlement negotiations. As a result, both Plaintiff and Trans Union hereby request this Court to further extend the date for Plaintiff to respond to Trans Union's Motion to Dismiss Complaint until **November 15, 2018**. This is the parties' first

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

JOINT MOTION AND PROPOSED ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 2

request to stipulate, and it is not being made for the purposes of delay.

Dated October 29, 2018.

| | |
|---|---|
| /s/ *Miles N. Clark* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> KNEPPER & CLARK LLC <br> 10040 W. Cheyenne Ave., Suite 170-109 <br> Las Vegas, NV 89129 <br><br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue, Suite 350 <br> Henderson, Nevada 89123 <br><br> *Attorneys for Plaintiff* | /s/ *Jason G. Revzin* <br> Jason G. Revzin, Esq. <br> Nevada Bar No. 8629 <br> LEWIS BRISBOIS BISGAARD & SMITH LLP <br> 6385 S. Rainbow Blvd., Suite 600 <br> Las Vegas, NV 89118 <br> Email: Jason.revzin@lewisbrisbois.com <br><br> *Attorneys for Defendant* <br> *Trans Union LLC* |

**<u>ORDER GRANTING</u>**
**<u>STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO</u>**
**<u>MOTION TO DISMISS</u>**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: October 31, 2018.

JOINT MOTION AND PROPOSED ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 3